IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIN PEPPIATT**, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )   Case. No. 20-cv-1257-JWL |
| | ) |
| **STATE OF KANSAS**, *et al.* | ) |
| | ) |
|       **Defendants.** | ) |
| | ) |

## THE PARTIES' STATUS REPORT

Pursuant to the Court's September 3, 2021 Order (Doc. No. 49), the parties provide the Court with the status of their efforts to obtain and review deposition transcripts. The parties state:

1. In their July 12, 2021, Joint Motion for Extension of Time to File Motion for Summary Judgment (Doc. No. 45), the parties advised the Court that as of that date, they had taken nine depositions between May 10 and May 26, 2021, and had not received any deposition transcripts.

2. On September 1, 2021, the parties received one of the deposition transcripts.

3. On October 5, 2021, the parties received a second deposition transcript.

4. On October 6, 2021, the parties received a third deposition transcript.

1

5. On October 18, 2021, the parties received an email from the court reporter, who stated that the "balance of finals will be done in next few days here in office."

6. On October 29, 2021, counsel emailed the court reporter and asked her for an update on the completion of the final transcripts.

7. Five minutes later, the court reporter responded by email stating: "The update will be to everyone on the email by Monday. They are almost done, and will update you then."

8. On today's date, November 2, 2021, at 8:21 a.m., the court reporter emailed the parties and stated: "Will have the update to you by noon today."

9. At 12:16 p.m. today, the court reporter emailed to the parties: "Please report to Judge Lundstrum [sic] on Friday, November 5th, the balance of the Peppiatt Transcripts will be delivered to all Parties." The court reporter then listed only five of the six outstanding depositions.

10. After counsel requested the status of the remaining transcript that was not accounted for, the court reporter stated: "His is done. Will resend from production today." It was not clarified what was meant by "resend" when it has not been sent to any of the parties.

11. In summary, at this time the parties have received three transcripts of the nine depositions taken in May, 2021.

12. The parties wish for the stay of proceedings to remain in place until such time the parties have all of the transcripts.

13. The parties also move for an order to compel the court reporter to produce final, completed transcripts by Friday, November 19, 2021.

14. The parties also propose that they provide a status report on the case by December 15, 2021.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-3767
Email: shon.qualseth@ag.ks.gov

And

Jon D. Graves, KS No. 10554
Special Assistant Attorney General
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504
Phone: (620) 625-7253
Fax: (620) 728-3262
Jon.graves@ks.gov
*Attorneys for Defendants*

/s/ Kelly J. Trussell
Kelly J. Trussell, #23161
SLOAN, EISENBARTH, GLASSMAN,
McENTIRE & JARBOE, L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, KS  66603-3456
Phone: (785) 357-6311
Fax:(785) 357-0152
ktrussell@sloanlawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2021, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

I further certify that on this date a copy of this Motion was sent by electronic mail to:

Dana Burkdoll
Midwest Reporters
MWReporters@midwestreporters.net


s/ Shon D. Qualseth
Shon D. Qualseth