# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIN PEPPIATT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 20-cv-1257-JWL** |
| **STATE OF KANSAS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The parties filed status report (doc. 51) on November 2, 2021. The undersigned has reviewed the status report.

IT IS ORDERED BY THE COURT that the previously ordered stay in this case is extended to **December 15, 2021** and a status report update shall be filed on or before **December 15, 2021.**

IT IS FURTHER ORDERED that the request to order the court reporter to provide transcripts is retained under advisement.

**IT IS SO ORDERED.**

**Dated this 3rd day of November, 2021 at Kansas City, Kansas.**

　　　　　　　　　　　　　　　　　　　 s/ John W. Lungstrum
　　　　　　　　　　　　　　　　　　　 **JOHN W. LUNGSTRUM**
　　　　　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**