IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ERIN PEPPIATT**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case. No. 20-cv-1257-JWL |
| | ) | |
| **STATE OF KANSAS**, *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### THE PARTIES' FOURTH STATUS REPORT

Pursuant to the Court's January 25, 2022 Order (Doc. No. 56), the parties provide the Court with the status of their efforts to obtain and review deposition transcripts. The parties state:

1. The parties previously advised the Court that they took nine depositions between May 10 and May 26, 2021.

2. The parties have finally received all of the transcripts of the parties' depositions. The errata sheet for the deposition of the last remaining witness was provided to the court reporter on February 21, 2022.

3. The parties propose that the deadline for filing dispositive motions should be set for April 8, 2022.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Sr. Trial Counsel
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-3767
Email: shon.qualseth@ag.ks.gov

And

Jon D. Graves, KS No. 10554
Special Assistant Attorney General
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504
Phone: (620) 625-7253
Fax: (620) 728-3262
Jon.graves@ks.gov

*Attorneys for Defendants*


/s/ Stephen D. Lanterman
Stephen D. Lanterman, #18844
SLOAN, EISENBARTH, GLASSMAN,
McENTIRE & JARBOE, L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, KS  66603-3456
Phone: (785) 357-6311
Fax:(785) 357-0152
slanterman@sloanlawfirm.com
*Attorneys for Plaintiff*

2

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

s/ Shon D. Qualseth
Shon D. Qualseth

3