IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIN PEPPIATT, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF KANSAS; and )<br>DAN SCHNURR, TOMMY WILLIAMS, )<br>and D. CLAY VANHOOSE, in their )<br>individual capacities, )<br>)<br>      Defendants. )<br>_____) | Case No. 20-CV-01257-JWB |

## **ENTRY OF APPEARANCE**

Alan V. Johnson enters his appearance as additional counsel for the plaintiff, Erin Peppiatt.

                Respectfully submitted,

                SLOAN, EISENBARTH, GLASSMAN,
                McENTIRE & JARBOE, L.L.C.

                /s/ Alan V. Johnson
                Alan Johnson, #09992
                534 S. Kansas Avenue, Suite 1000
                Topeka, KS  66603-3456
                Phone: (785) 357-6311; Fax:(785) 357-0152
                ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of July, 2022, I electronically filed the foregoing with the clerk of the district court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-3767
Email: shon.qualseth@ag.ks.gov

Jon D. Graves, KS No. 10554
Special Assistant Attorney General Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504
Phone: (620) 625-7253
Fax: (620) 728-3262
Jon.graves@ks.gov

                /s/ Alan V. Johnson
                Alan V. Johnson, KS #09992